IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAUL BROEGE and THE ESTATE OF STEVEN J. BROEGE,
BY PHYLLIS A. BROEGE, PERSONAL REPRESENTATIVE,

|  | |
|---|---|
| Plaintiffs, | JUDGMENT IN A CIVIL CASE |
| v. | Case No. 11-cv-566-slc |

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Defendant.

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant The Lincoln National Life Insurance Company granting its motion for summary judgment and dismissing this case.

_Peter Oppeneer_

Peter Oppeneer, Clerk of Court

_4/9/12_

Date