IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PAUL BROEGE and THE ESTATE OF STEVEN J. BROEGE,
BY PHYLLIS A. BROEGE, PERSONAL REPRESENTATIVE,

        Plaintiffs,                      JUDGMENT IN A CIVIL CASE

    v.                                            Case No. 11-cv-566-slc

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

        Defendant.

---

      This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding.  The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant The Lincoln National Life Insurance Company granting its motion for summary judgment and dismissing this case.

_____                _____4/9/12_____
    Peter Oppeneer, Clerk of Court                                      Date